MONTGOMERY Y. PAEK, ESQ., Bar # 10176
TIMOTHY W. ROEHRS, ESQ., Bar # 9668
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
Email: mpaek@littler.com
Email: troehrs@gmail.com

Attorneys for Defendants
TRULITE GLASS & ALUMINUM SOLUTIONS, LLC,
HERBERT CORTEZ and SHAUN HANNA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEE KIRK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TRULITE GLASS & ALUMINUM SOLUTIONS, LLC, a Foreign Limited Liability Company, HERBERT CORTEZ, an Individual, STEVE WILLIAMS, an Individual, SHAUN HANNA, an Individual, DOES I-X; ROE CORPORATIONS I-X,<br><br>　　　　　Defendants. | Case No. 2:18-CV-00043-JCM-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

　　　　Plaintiff LEE KIRK and Defendants TRULITE GLASS & ALUMINUM SOLUTIONS, LLC, HERBERT CORTEZ, AND SHAUN HANNA ("Defendants"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendants to file their response to Plaintiff's Complaint, one month, from its current deadline of **February 6, 2018** up to and including **March 6, 2018**.

　　　　Insofar as Defendants' counsel was only recently retained in this matter, this extension is being requested in order to give Defendants necessary additional time to look into Plaintiff's

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

allegations and conduct the required diligence necessary to prepare and file their response to the Complaint.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: February 5, 2018

Respectfully submitted,

/s/ Jenny L. Foley
JENNY L. FOLEY, PH.D, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP

Attorneys for Plaintiff
LEE KIRK

Dated: February 5, 2018

Respectfully submitted,

/s/ Timothy W. Roehrs
MONTGOMERY Y. PAEK, ESQ.
TIMOTHY W. ROEHRS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
TRULITE GLASS & ALUMINUM SOLUTIONS, LLC, HERBERT CORTEZ, and SHAUN HANNA

**ORDER**

**IT IS SO ORDERED.**

Dated: February 6, 2018.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

Firmwide:152692339.1 999999.0942

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800