MONTGOMERY Y. PAEK, ESQ., Bar # 10176
TIMOTHY W. ROEHRS, ESQ., Bar # 9668
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: mpaek@littler.com
Email: troehrs@gmail.com

Attorneys for Defendants
TRULITE GLASS & ALUMINUM SOLUTIONS, LLC,
HERBERT CORTEZ, SHAUN HANNA, AND STEVE WILLIAMS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEE KIRK,<br><br>    Plaintiff,<br><br>vs.<br><br>TRULITE GLASS & ALUMINUM SOLUTIONS, LLC, a Foreign Limited Liability Company, HERBERT CORTEZ, an Individual, STEVE WILLIAMS, an Individual, SHAUN HANNA, an Individual, DOES I-X; ROE CORPORATIONS I-X,<br><br>    Defendants. | Case No. 2:18-CV-00043-JCM-GWF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANT STEVE WILLIAMS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff LEE KIRK and Defendant STEVE WILLIAMS ("Williams"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Williams to file his response to Plaintiff's Complaint from its current deadline of **February 22, 2018** up to and including **March 6, 2018**.

Insofar as Defendants' counsel was only recently retained to represent Williams in this matter, this extension is being requested in order to give Williams necessary additional time to look into Plaintiff's allegations against him and conduct the required diligence necessary to prepare and

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

file Williams's response to the Complaint. The requested March 6, 2018 response deadline is also presently the deadline set for the other Defendants in the case to respond to the Complaint.

This is the first request for an extension of time to respond to the Complaint made by Williams. This request is made in good faith and not for the purpose of delay.

Dated: February 15, 2018

Respectfully submitted,

/s/ Jenny L. Foley
JENNY L. FOLEY, PH.D, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP

Attorneys for Plaintiff
LEE KIRK

Dated: February 15, 2018

Respectfully submitted,

/s/ Montgomery Y. Paek
MONTGOMERY Y. PAEK, ESQ.
TIMOTHY W. ROEHRS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
TRULITE GLASS & ALUMINUM SOLUTIONS, LLC, HERBERT CORTEZ, SHAUN HANNA, and STEVE WILLIAMS

**ORDER**

**IT IS SO ORDERED.**

Dated: February 20, 2018.

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

Firmwide:152692339.1 072120.1013

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.