**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 E. Sahara Ave, Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LEE KIRK, An Individual<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC, a Foreign Limited Liability Company, HERBERT CORTEZ, an Individual, STEVE WILLIAMS, an Individual, SHAUN HANNA, an Individual, DOES I -X; ROE CORPORATIONS I –X.<br><br>　　　　　Defendants. | CASE NO. **2:18-cv-00043** |

**STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF THAT MOTION TO DISMISS (FIRST REQUEST)**

COMES NOW, the Plaintiff, LEE KIRK ("Kirk"), by and through his attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendants, TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC, HERBERT CORTEZ, STEVE WILLIAMS, and SHAUN HANNA, ("DEFENDANTS"), by and through their attorney, TIMOTHY ROEHRS, ESQ., of LITTLER MENDELSON, P.C. and hereby stipulate and agree as follows:

1. That the Opposition to the Defendants' Motion to Dismiss that was due on March 20th, 2018, will now be due on March 28th, 2018.

2. That the Reply to the Opposition to the Defendants' Motion to Dismiss will then be due on April 11, 2018.

3. This request for an extension of time is made in good faith and not for purpose of delay and is based on Plaintiff's council experiencing the death of two immediate family members and Defendants requiring additional time to file their Reply brief in light of Plaintiff's Opposition being filed at a later date.

4. This is the first request for an extension of time with respect to the Opposition and Reply briefs associated with Defendants' Motion to Dismiss.

Dated this __21st_ day of March, 2018.        Dated this __21st___ day of March, 2018.

**HKM Employment Attorneys LLP**           **Littler Mendelson P.C.**


_____/s/ Jenny L. Foley_____              _/s/ Timothy Roehrs_____
Jenny L. Foley, Ph.D., Esq.                 Timothy Roehrs, Esq.
Nevada Bar No. 9017                         Nevada Bar No. 9668
1785 East Sahara Ave., Suite 325            3960 Howard Hughes Parkway,
Las Vegas, Nevada 89104                     Suite 300
                                            Las Vegas, Nevada 89169

## **ORDER**

The Court having reviewed the foregoing STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF THAT MOTION TO DISMISS in the above-entitled matter and for good cause appearing therefor,

**IT IS SO ORDERED** that the Opposition to the Defendants' Motion to Dismiss shall be due on March 28th, 2018;

**IT IS SO ORDERED that** the Reply to the Opposition to the Defendants' Motion to Dismiss shall be due on April 11, 2018.

Dated: March 23, 2018

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
**HKM Employment Attorneys LLP**

/s/ Jenny L. Foley
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 325
Las Vegas, Nevada 89104
*Attorney for Plaintiff*