# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LEE KIRK,

    Plaintiff,

vs.

TRULITE GLASS & ALUMINUM SOLUTIONS, LLC, et al.,

    Defendants.

Case No. 2:18-cv-00043-JCM-GWF

**ORDER**

Presently before the court is the parties' Stipulation and Proposed Order Providing Exception to Attendance Requirements for Early Neutral Evaluation Session (ECF No. 23), filed on March 30, 2018.

The parties request that Trulite's insurance carrier's representative be excused from attending the settlement conference in person. Defendants state that the representative will be available by telephone to provide all appropriate settlement authority. But defendants do not specify the amount of the claim deductible or state whether there is an insurance retention limit for which defendants are responsible before the insurer is required to pay. Without this information, the court cannot evaluate whether the insurance carrier's representative may be excused from the personal attendance requirement.

IT IS THEREFORE ORDERED that the parties' Stipulation and Proposed Order Providing Exception to Attendance Requirements for Early Neutral Evaluation Session (ECF No. 23) is DENIED without prejudice.

Dated: April 4, 2018

_____
C.W. Hoffman, Jr.
United States Magistrate Judge