**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 E. Sahara Ave, Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LEE KIRK, An Individual | ) CASE NO. **2:18-cv-00043-JCM-GWF** |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TRULITE GLASS AND ALUMINUM | ) |
| SOLUTIONS, LLC, a Foreign Limited | ) |
| Liability Company, HERBERT CORTEZ, | ) |
| an Individual, STEVE WILLIAMS, | ) |
| an Individual, SHAUN HANNA, an | ) |
| Individual, DOES I -X; | ) |
| ROE CORPORATIONS I –X. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION AND ORDER TO FILE AMENDED COMPLAINT**

COMES NOW, the Plaintiff, LEE KIRK ("Kirk"), by and through his attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendants, TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC, HERBERT CORTEZ, STEVE WILLIAMS, and SHAUN HANNA, ("DEFENDANTS"), by and through their attorney, TIMOTHY ROEHRS, ESQ., of LITTLER MENDELSON, P.C. and hereby stipulate and agree as follows:

1.      That the Plaintiff will file the attached Amended Complaint.

2.      Defendants agree to withdraw by virtue of this stipulation the Motion to Dismiss they filed on March 6, 2018 without prejudice.

3.      The Defendants' response to the Amended Complaint will be due fourteen calendar days after the Early Neutral Evaluation in this matter.  The Early Neutral Evaluation is currently set for April 18, 2018.  The Defendants' response to the Amended Complaint will therefore be due on May 2, 2018, if the Early Neutral Evaluation does not result in a resolution of this case.

4.      The parties agree that this stipulation and Defendants' withdrawal of their Motion to Dismiss in no way operates as a waiver of Defendants' right to respond to the Amended Complaint in any manner allowed by the Federal Rules of Civil Procedure.


Dated this ___10th___ day of April, 2018.      Dated this ___10th___ day of April, 2018.

**HKM Employment Attorneys LLP**          **Littler Mendelson, P.C.**


_____/s/ Jenny L. Foley_____          ___/s/     Timothy Roehrs_____
Jenny L. Foley, Ph.D., Esq.          Timothy Roehrs, Esq.
Nevada Bar No. 9017          Nevada Bar No. 9668
1785 East Sahara Ave., Suite 325          3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89104          Las Vegas, Nevada 89169

## <u>ORDER</u>

The Court having reviewed the foregoing STIPULATION TO FILE AMENDED COMPLAINT in the above-entitled matter and for good cause appearing therefor,

**IT IS SO ORDERED** that the Plaintiff will file the attached Amended Complaint.

IT IS SO ORDERED that Defendants' pending Motion to Dismiss is hereby deemed to have been withdrawn without prejudice.

IT IS SO ORDERED that Defendants will respond to the Amended Complaint on or before May 2, 2018, if the Early Neutral Evaluation Session scheduled for April 18, 2018 does not result in a resolution to this case.

IT IS SO ORDERED that Defendants have waived no rights regarding how they may respond to the Amended Complaint and Defendants may respond to the Amended Complaint in any manner allowed by the Federal Rules of Civil Procedure.

Dated:＿＿April 16, 2018＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:
**HKM Employment Attorneys LLP**


＿＿＿＿/s/ Jenny L. Foley＿＿＿＿
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 325
Las Vegas, Nevada 89104
*Attorney for Plaintiff*